UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

June 28, 2017

Re: Michele Marinari
Bankruptcy No.: 14-19066
Civil Action No.: 17-2496

Dear Mary C. Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

( ) Certificate of appeal from order entered by the Honorable.
    Notice of appeal filing fee ( )paid ( )not paid

(X) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed.
    ( ) Answer to motion filed.

( ) Proposed findings of fact and conclusions of law entered by the Honorable.
    ( ) Objections filed.

( ) Report and recommendation entered by the Honorable.

    ( ) Objections filed.

( ) Original record transferred to the District Court pursuant to the order of the Honorable.

(X) Other: Record on Appeal
    See attached: Motion to Vacate Dismissal Order

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Antoinette Stevenson
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20 ___ .

Civil Action No. _____    Signature: _____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____

BFL5.frm(rev 2/15)