| | | |
|---|---|---|
| TIMOTHY B. MCGRATH<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 Market Street<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 300 The Madison<br>400 Washington Street<br>Reading, PA 19601<br>(610) 320-5255 |

July 7, 2017

To:

Mr. Robert J. Murphy, Esq.
7 Coopertown Road
P.O. Box 39
Haverford, PA  19041

             IN RE:     Notice of Appeal Filed
                           Michele Marinari aka Michelle Frank
                           Bankruptcy No. 14-19066-JKF
                           Civil Action No. 17-2496

Dear Mr. Murphy, Esq.

The above referenced appeal has been transmitted to the United States District Court on 6/30/17 .  You have failed to supply this court with copies of all items designated to be included in the record on appeal.  Pursuant to Federal Bankruptcy Rule 8006 as amended August 1, 1991, said copies have been prepared by the Bankruptcy Clerk's Office at a charge to you. The copy fee breakdown is as follows:

        Total Number of Pages @ 50 cents a page:     306  pages
        Total Cost                                            $153.00

Payment in a manner consistent with Local Rule 1002.2(b) must be submitted to the Bankruptcy Clerk's Office within five (5) days from the date of this notice.

                                                         For the Court:
                                                         Timothy B. McGrath,
                                                         Clerk


                                                By:     Marie Kalinoski
                                                          Deputy Clerk

cc:    U.S. District Court
        Jackie Harrison, Financial

appealcpyfee