**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT J. MURPHY,<br>*Appellant*,<br>v.<br>MICHELLE MARINARI,<br>*Debtor-in-Process*. | CIVIL ACTION<br>NO. 17-02496 |

**ORDER TO SHOW CAUSE**

**AND NOW**, this 16th day of July, 2018, it is hereby **ORDERED** that a Rule is **ISSUED** for the Appellant, Robert J. Murphy, to show cause why the case should not be dismissed for failure to prosecute. Appellant has until **July 23, 2018** to submit to the Court a status update to that effect. Failure to do so may result in dismissal of the case.[1]

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

[1] On July 5, 2017, the original bankruptcy record with the designation of record on appeal was received and docketed in this Court. (ECF No. 2.) That same day, the Court set a briefing schedule which indicated that the Appellant shall serve and file his brief within thirty days after entry of the record on appeal. (ECF No. 4.) The Appellant has not filed a brief nor has the Appellant contacted the Court for over a year.